*Howell Brooke,* for plaintiff.

---

### 7944.   JOHNSON v. HOLT.

LUKE, J. 1. A justice of the peace has the power to amend a judgment rendered by himself, where the amendment is in a mere matter of form; and this may be done at a term of court subsequent to the trial term. *N., C. & St. L. Ry.* v. *Brown,* 3 *Ga. App.* 561 (3), 565 (60 S. E. 319); *Elliott* v. *Wilkes,* 16 *Ga. App.* 466 (85 S. E. 679); *Bell* v. *Bowdoin,* 109 *Ga.* 209 (34 S. E. 339); *Rucker* v. *Williams,* 129 *Ga.* 828 (60 S. E. 155).

2. The amendment to the judgment by the justice of the peace in the instant case was as to a matter of form, and the court did not err in overruling the certiorari.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED MARCH 15, 1917.

Certiorari; from Fayette superior court—Judge Searcy. October 19, 1916.

*J. W. Culpepper,* for plaintiff in error.

*W. B. Hollingsworth,* contra.